IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–00200–PAB–KMT

JIMMY JOSEPH VASQUEZ,

    Plaintiff,

v.

CLAIRE SIMS (Case Manager),
STEVEN MAY (Lieutenant),
MARY COX-BERGMAN (Major),
NICHOLSON (Correctional Officer), and
JOHN & JANE DOES 1-25, in their individual and official capacities,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Objection to Magistrate Scheduling Order and Motion to Correct Clerical Mistake" (# 20, filed July 8, 2010) is DENIED. The court has reviewed the audio recording of the Preliminary Scheduling Conference held on June 23, 2010. The court specifically limited each side to 45 interrogatories. The Courtroom Minutes are correct.

Dated: July 12, 2010