IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–00200–PAB–KMT

JIMMY JOSEPH VASQUEZ,

      Plaintiff,

v.

CLAIRE SIMS (Case Manager),
STEVEN MAY (Lieutenant),
MARY COX-BERGMAN (Major),
NICHOLSON (Correctional Officer), and
JOHN & JANE DOES 1-25, in their individual and official capacities,

      Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Stay of Scheduling Order Deadlines and Plaintiff's Response to Defendants' Partial Motion to Dismiss" (Doc. No. 39) is DENIED. Plaintiff's legal file was returned to him on or before December 5, 2010. As such, there is no need to stay any of the deadlines in this case. Moreover, as Defendants have not filed a partial motion to dismiss, Plaintiff's request to stay the response date is moot.

Dated: December 15, 2010