IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-00200-PAB-KMT

JIMMY JOSEPH VASQUEZ,

    Plaintiff,

v.

CLAIRE SIMS, Case Manager,
STEVEN MAY, Lieutenant,
MARY COX-BERGMAN, Major,
NICHOLSON, Correctional Officer, and
JOHN & JANE DOES 1-25,

    Defendants.

## ORDER

This matter is before the Court on plaintiff's motion for voluntary dismissal [Docket No. 72]. Defendants do not oppose plaintiff's request that this matter be dismissed without prejudice. *See* Docket No. 73 at 1. Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(2), it is

**ORDERED** that plaintiff's motion for voluntary dismissal [Docket No. 72] is GRANTED. This case is dismissed without prejudice.

DATED May 20, 2011.

                            BY THE COURT:

                            s/Philip A. Brimmer
                            PHILIP A. BRIMMER
                            United States District Judge